**Restoney ROBINSON, Plaintiff–Appellant,**

v.

**Terry WOOD, Defendant–Appellee.**

No. 00–7722.

United States Court of Appeals, Fourth Circuit.

Submitted April 27, 2001.

Decided May 3, 2001.

Restoney Robinson, pro se.

Before LUTTIG and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Restoney Robinson appeals the district court's order denying his motion for reconsideration of an order allowing him to file papers in a case that already was closed. Our review of the record discloses no abuse of discretion. *National Org. for Women v. Operation Rescue*, 47 F.3d 667, 669 (4th Cir.1995) (denial of Fed.R.Civ.P. 60(b) motion reviewed for abuse of discretion). Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*